1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3

4    KEVIN W. JONES,                         Case No. 17-cv-06765-HSG (PR)

5              Plaintiff,

              v.                             **ORDER OF TRANSFER**
6

7    WARDEN DANIEL PARAMO, et al.,

8              Defendants.

9

10        Plaintiff, a California inmate incarcerated at the California Medical Facility, has filed a *pro*

11   *se* civil rights action pursuant to 42 U.S.C. § 1983 and Title II of the Americans with Disabilities

12   Act of 1990, 42 U.S.C.§ 12101 *et seq.* (ADA).  The alleged violations took place while plaintiff

13   was incarcerated at the Richard J. Donovan Correctional Facility ("RJD").  RJD is located in San

14   Diego County, within the venue of the Southern District of California.  *See* 28 U.S.C. § 84(d).  No

15   defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint

16   occurred in, the Northern District.  Venue therefore is proper in the Southern District, and not in

17   this one. *See* 28 U.S.C. § 1391(b).

18        Accordingly, in the interests of justice and pursuant to 28 U.S.C. § 1406(a), this action is

19   TRANSFERRED to the United States District Court for the Southern District of California.  The

20   Clerk of the Court is directed to transfer the case forthwith.  In view of the transfer, the Court will

21   not rule upon plaintiff's request for leave to proceed in forma pauperis or motion for appointment

22   of counsel.

23        **IT IS SO ORDERED.**

24   Dated:  12/5/2017

25

26

27   HAYWOOD S. GILLIAM, JR.
     United States District Judge

28